# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LAWRENCE SWIFT                                                                             PLAINTIFF

V.                                    No. 4:22-CV-957-BRW-JTR

DOES; NATALLIA CARPENTER,
Correctional Officer, ADC; and
SHANDA GLOVER, Nurse                                                                    DEFENDANTS

## ORDER

Pending before the Court is Plaintiff Lawrence Swift's Motion for a Status Update, which was dated and signed on May 10, 2023, and received and docketed by the Clerk's office on May 16, 2023. *Doc. 11*.

On May 12, 2023, the Court entered an Order granting Swift's previous Motion for Status Update. *Doc. 10*. Accordingly, the pending Motion for Status Update (*Doc. 11*) is DENIED, as moot.

SO ORDERED, this 19th day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE