# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LAWRENCE SWIFT**  **PLAINTIFF**
**ADC #111527**

V.                    No. 4:22-cv-00957-BRW-BD

**DOES**, *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommendation (Doc. No. 30) from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Swift's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Swift's claims against Natallia Carpenter and the Doe Defendants are DISMISSED, without prejudice. The Clerk is instructed to terminate Natallia Carpenter and the Doe Defendants as party Defendants.

IT IS SO ORDERED this 27th day of December, 2023.

                                          Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE